

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

### FORT WORTH

### NO. 02-13-00287-CV

RICK MORRISON                                                                          APPELLANT

V.

KATHY MIMS, GUARDIAN OF THE                                               APPELLEE
ESTATE OF DOROTHY
MORRISON, AN INCAPACITATED
PERSON

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: August 29, 2013

---

[1]*See* Tex. R. App. P. 47.4.